IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                 CR No. 14-2130 KG

POLLY P. HOPPER,

    Defendant.

ORDER TO RESPOND

This matter comes before the Court *sua sponte* on Defendant's *pro se* Motion for Compassionate Release, filed May 18, 2020. (Doc. 340). On February 27, 2015, after a jury trial, Defendant was found guilty of kidnapping and conspiracy in violation of 18 U.S.C. §§ 371 and 1201(a)(1). (Doc. 184). On October 27, 2015, the Court sentenced Defendant to 292 months imprisonment, followed by five years of supervised release. (Doc. 212). Defendant now seeks compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) because she alleges the COVID-19 pandemic poses an unreasonable risk of harm in federal prison. On June 9, 2020, counsel was appointed for Defendant. (Doc. 343). On July 13, 2020, Defendant's counsel filed a brief in support of Defendant's Motion for Compassionate Release, (Doc. 347), over 700 pages of Defendant's medical records, (Doc. 348), and a summary of Defendant's current medications, (Doc. 349). On July 14, 2020, Defendant's counsel filed a notice that Defendant tested positive for COVID-19 on July 6, 2020. (Doc. 350). Defendant is incarcerated at Carswell Federal Medical Center, Fort Worth, Texas. (Doc. 347 at 1).

    The Court will direct the United States to respond to Defendant's Motion. The United States' response shall include any additional relevant information regarding Defendant's medical

records, disciplinary records, percentage of her sentence already served, projected release date, and documentation regarding whether she has requested compassionate release or home detention from the Bureau of Prisons or the warden of his current detention facility.

IT IS HEREBY ORDERED that the Clerk is directed to forward to the United States a copy of Defendant's Motion for Compassionate Release, her counsel's filings in support of that Motion (Docs. 347, 348, 349, and 350), together with a copy of this order.

IT IS FURTHER ORDERED that the United States shall respond to Defendant's Motion for Compassionate Release (Doc. 340) within fourteen (14) days of entry of this Order.

_____
UNITED STATES DISTRICT JUDGE